IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DANIEL ALLEN, #252342, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-971-WHA |
| ) | |
| ALABAMA DEPT. OF CORRECTIONS ) | |
| and WEXFORD HEALTH ) | |
| SOURCES, INC.. ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On January 11, 2021, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Petition for Writ of Mandamus is DENIED.

3. This case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 3rd day of February, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE